UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY MILES

        Plaintiff,

v.                                                        4:05cv237-WS

BUCKEYE FLORIDA CORPORATION,

        Defendant.

_____

## ORDER OF DISMISSAL

The court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

1. This cause is hereby DISMISSED WITH PREJUDICE AND WITHOUT TAXATION OF COSTS.

2. The clerk shall enter judgment accordingly.

3. In the event settlement is not consummated for any reason, the court reserves the power, upon motion filed by any party, within thirty (30) days after the date hereof, to amend, alter, or vacate and set aside this order of dismissal.

DONE AND ORDERED this September 9, 2005.

                                 /s William Stafford
                               WILLIAM STAFFORD
                               SENIOR UNITED STATES DISTRICT JUDGE